```
                              FILED ____ RECEIVED
                              ENTERED ____ SERVED ON
                                   COUNSEL/PARTIES OF RECORD

                                  MAY 14 2019

                              CLERK US DISTRICT COURT
                              DISTRICT OF NEVADA
                              BY:_____DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00054-APG-NJK |
| Plaintiff, | |
| vs. | **CONSENT OF DEFENDANT** |
| ALEJANDRO LOPEZ-TORRES, | |
| Defendant. | |

Defendant, Alejandro Lopez-Torres, having requested permission to enter a plea of guilty, hereby gives written consent to review of the Presentence Investigation Report by the Judge prior to acceptance of plea or plea agreement pursuant to Rule 32(e)(1) of the Federal Rules of Criminal Procedure.

_____
Defendant

_____ Margaret Lambrose
Counsel for Defendant

DATED: this _14th_ day of May, 2019.

APPROVED:

_____
ANDREW P. GORDON
United States District Judge